**EXHIBIT B**

## Service of Process:

<u>1:12-cv-08031-HB Board of Trustees of the Local 295/Locl 851 - IBT Employer Group Pension Trust Fund et al v. JRS Trucking Services, Inc.</u>
ECF

### U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Ofenloch, David on 11/14/2012 at 10:21 AM EST and filed on 11/14/2012

**Case Name:** Board of Trustees of the Local 295/Locl 851 - IBT Employer Group Pension Trust Fund et al v. JRS Trucking Services, Inc.

**Case Number:** <u>1:12-cv-08031-HB</u>

**Filer:** Board of Trustees of the Local 295/Locl 851 - IBT Employer Group Pension Trust Fund

the Board of Trustees of the Local 295/Local 851-IBT Employer Group Welfare Fund

**Document Number:** <u>2</u>

**Docket Text:**
**SUMMONS RETURNED EXECUTED. JRS Trucking Services, Inc. served on 11/7/2012, answer due 11/28/2012. Service was accepted by John Lampasona, V.P. of Company. Document filed by Board of Trustees of the Local 295/Locl 851 - IBT Employer Group Pension Trust Fund; the Board of Trustees of the Local 295/Local 851-IBT Employer Group Welfare Fund. (Ofenloch, David)**

**1:12-cv-08031-HB Notice has been electronically mailed to:**

David Patrick Ofenloch    dofenloch@carykane.com, ghewitt@carykane.com

**1:12-cv-08031-HB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/14/2012] [FileNumber=10713861
-0] [4ef09287a324f6a2ce58bd643a909bbff24e2a91a21eff12fb2143a8d122eb8e0
38ae453080144a909ac6d28bbe9871dbbb669fccc998e1c0e849c38f7180218]]

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL
851-IBT EMPLOYER GROUP PENSION TRUST FUND,
et al.,

                Plaintiffs,

        v.

JRS TRUCKING SERVICES, INC.

              Defendant.
-----------------------------------------------------------------X

Civil Case No. 12 Civ 8031

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
               S.S.
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 7th day of November, 2012, at approximately 12:28 pm, deponent served a true copy of the **SUMMONS AND COMPLAINT** upon **JRS TRUCKING SERVICES, INC.** at 230-79 International Airport Center Blvd., Suite 500-501, Jamaica, NY, by personally delivering and leaving the same with JOHN LAMPASONA, who informed deponent that he holds the position of V.P. with that company and is authorized by appointment to receive service at that address.

      JOHN LAMPASONA is a white male, approximately 51 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 180 pounds with balding, brown hair and brown eyes.

_____
NELSON CARVAJAL, # 965441

Sworn to before me this
12th day of November, 2012

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com