UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – IBT EMPLOYER GROUP )
PENSION TRUST FUND and the BOARD OF )
TRUSTEES OF THE LOCAL 295/LOCAL 851 )   Civil Case No. 12-cv-08031 (WHP)
– IBT EMPLOYER GROUP WELFARE )
FUND, )   Electronically Filed
)
      Plaintiffs, )
)
-against- )
)
JRS TRUCKING SERVICES, INC., )
)
      Defendant. )

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajik, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled proceeding indicate that the Summons and Complaint herein were filed on November 5, 2012 and that Defendant JRS Trucking Services, Inc. was served with copies of the Summons and Complaint on November 7, 2012. I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect herein and that the time to answer or move has expired. The default of Defendant is hereby noted.

Dated:    New York, New York
           January _11_, 2013

                                        RUBY J. KRAJICK
                                        Clerk of Court

                             By:
                                   Deputy Clerk