**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――

BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – IBT EMPLOYER GROUP )
PENSION TRUST FUND and the BOARD OF )
TRUSTEES OF THE LOCAL 295/LOCAL 851 )   Civil Case No. 12-cv-08031 (WHP)
– IBT EMPLOYER GROUP WELFARE )
FUND, )
)   Electronically Filed
)
   Plaintiffs, )
)
 -against- )
)
JRS TRUCKING SERVICES, INC., )
)
   Defendant. )
―――――――――――――――――――――)

## PLAINTIFFS' STATEMENT OF DAMAGES FOR JUDGMENT BY DEFAULT

| | |
|---|---|
| Unpaid Contributions Due to the Local 295/851-IBT Employer Group Welfare Fund for the period of February through September of 2012 | $384,285.00 |
| Unpaid Contributions Due to the Local 295/851-IBT Employer Group Pension Fund for the period of January through September of 2012 | $212,902.75 |
| Interest accrued on the contributions owed to Local 295/851-IBT Employer Group Welfare Fund for the period of February through September of 2012 at a rate of 8.25% as of February 25, 2013 | $23,223.89 |
| Interest accrued on the contributions owed to the Local 295/851-IBT Employer Group Pension Fund for the period of January through September of 2012 at a rate of 8.25% as of February 25, 2013 | $12,290.42 |
| Liquidated Damages of 20% of Unpaid Contributions | $119,437.55 |
| Attorneys' Fees as of February 25, 2013 | $27,193.75 |
| Costs and Disbursements:<br> Clerk's Fee - $350.00<br> Service Fee - $127.50 | $477.50 |
| TOTAL | $779,810.86 |