UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – IBT EMPLOYER GROUP PENSION TRUST FUND and the BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – IBT EMPLOYER GROUP WELFARE FUND, <br><br> Plaintiffs, <br><br> -against- <br><br> JRS TRUCKING SERVICES, INC., <br><br> Defendant. | Civil Case No. 12-cv-08031 (WHP) <br><br> Electronically Filed |

## CERTIFICATE OF SERVICE

On this 26th day of February 2013, I served Plaintiffs' Motion for Default Judgment, the Clerk's Certificate of Default, Statement of Damages, Affidavit of David P. Ofenloch, Esq. in Support of Motion for Default and in Support of Attorneys' Fees, and a proposed Default Judgment Order by mailing a copy of the aforementioned to:

JRS Trucking Services, Inc.
230-79 International Airport Center Blvd.
Jamaica, New York 11413

via regular first-class mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
David P. Ofenloch