UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE LOCAL )
295/LOCAL 851 – IBT EMPLOYER GROUP )
PENSION TRUST FUND and the BOARD OF )
TRUSTEES OF THE LOCAL 295/LOCAL 851 )   Civil Case No. 12-cv-08031 (WHP)
– IBT EMPLOYER GROUP WELFARE )
FUND, )   Electronically Filed
)
       Plaintiffs, )
)
  -against- )
)
JRS TRUCKING SERVICES, INC., )
)
       Defendant. )

---

To:   CLERK OF THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant JRS Trucking Services, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court file herein and from the attached Affidavit of David P. Ofenloch, Esq.

DATED:   February 26, 2013

                                       CARY KANE LLP

                                       By:   David P. Ofenloch (DO2825)

                                       1350 Broadway, Suite 1400
                                       New York, New York 10018
                                       T: 212-868-6300
                                       F: 212-868-6302
                                       dofenloch@carykane.com

                                       *Attorneys for Plaintiffs*